PD-0894-15

granted to
9-29-15
DC

CAUSE NO. 04-15-00281-CR

TRIAL COURT NO. 2011-CR-3121

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 17 2015

Abel Acosta, Clerk

Kevin Balditt

VS

THE STATE OF TEXAS

IN THE COURT OF APPEALS
4th SUPREME JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

APPELLANT'S SECOND MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

APPELLANT MOVES THAT THIS HONORABLE COURT EXTENDS SECOND MOTION TO FILE PETITION FOR DISCRETIONARY REVIEW, AND IN SUPPORT OF HIS REQUEST SHOWS:

FILED IN
COURT OF CRIMINAL APPEALS

SEP 17 2015

Abel Acosta, Clerk

1. APPELLANT IS A UNITED STATES CITIZEN OF INDIGENT STATUS APPELLANT IS NOT A LAWYER.

2. APPELLANT REQUEST SECOND EXTENSION DUE TO THE FACT THERE HAS BEEN A DRAMITIC TRANSFORMATION HERE IN OUR PRISON LAW LIBRARY, STARTING WITH THE CHANGES IN PERSONEL, APPELLANT HAS BEEN UNABLE TO OBTAIN LAW LIBRARY ACCESS. ADDITIONALLY, THE OFFICER IN CHARGE HAS SINCE LEFT WITH AN UNEXPECTED ILLNESS. NOW SOMEONE NEW IS NOW BEING TRAINED AND NOW HES OUT WITH MEDICAL REASONS. IT HAS CAUSE SO MUCH CONFUSION, ITS HARD TO OBTAIN CASE LAW AND OTHER SUPPORTIVE INFORMATION FOR PROPERLY PREPARING A PDR.

3. ON JUNE 3, 2015 THE COURT DISMISSED APPEAL NO. 04-15-00281-CR.

4. APPELLANT MOTION FOR REHEARING WAS DENIED JUNE 25, 2015

5. APPELLANT HAS NEVER REQUESTED FOR AN EXTENTION IN THIS CASE.

6. APPELLANT HAS BEEN UNSUCCESSFUL IN OBTAINING FILES AND PAPERS FROM HIS APPOINTED COUNSEL (S)

7. APPELLANT HAS ENCOUNTERED SERIOUS ACCESS TO COURT VIOLATIONS

8. APPELLANT IS IN PRISON WITHOUT INTERNET ACCESS MUST RELY ON U.S. POSTAL MAIL FOR DOCUMENTS.

9. APPELLANT HAS SOUGHT THE ASSISTANCE OF THE STATE BAR OF TEXAS CLIENT ATTORNEY ASSISTANCE PROGRAM TO FACILIATE THE TRANSFER OF ATTORNEY JAY NORTON, FILE(S) AND WORK PRODUCT. APPELLANT HAS NOT RECEIVED HIS FILE (S).

10. APPELLANT THROUGH DUE DILIGENT HAS BEEN UNSUCCESSFUL IN OBTAINING THE RECORD. APPELLANT WAS ADVISED BY ATTORNEY RICHARD B DUNCANY, JR. THAT THE RECORD EXIST IN ELECTRONIC FORMAT.

11. APPELLANT WILL SEEK THE COURT REPORT TO PROVIDE THE RECORD TO PREPARE PETITION FOR DISCRETIONARY REVIEW.

WHEREFORE, APPELLANT PRAYS THAT THE COURT GRANTS SECOND MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW IN CAUSE NO. 04-15-00281-CR

Executed on: 31 Aug. 2015

KEVIN BALDITH, APPELLANT
TDCJ ID NO. 1942689
1203 EL CIBOLO RD.
EDINBURG, TX 78542

# UNSWORN DECLARATION BY INMATE

I, KEVIN BALDITT, TDCJ ID. NO 1942689, BEING PRESENTLY INCARCERATED IN THE TEXAS DEPT. OF CRIMINAL JUSTICE, LOPEZ STATE JAIL, HIDALGO COUNTY, TEXAS. DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING AND ABOVE IS TRUE AND CORRECT TO THE BEST OF MY ABILITY.

AUGUST 31, 2015

DATE

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING SECOND MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW, HAS BEEN FORWARDED BY U.S. MAIL, POSTAGE PREPAID, FIRST CLASS TO HONORABLE KEITH E. HOTTLE, CLERK, FOURTH COURT OF APPEALS CADENA-REEVES JUSTICE CENTER 300 DOLOROSA ST, SUITE 3200 SATX, 78205

KEVIN BALDITT, APPELLANT

AUGUST 31, 2015